IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**JUWANN HAYES**                                                                                            **PETITIONER**

**VS.**                                             **4:16-CV-598-BRW-BD**

**WENDY KELLEY, Director,**
**Arkansas Department of Correction, and**
**LESLIE RUTLEDGE, Attorney General of Arkansas**                **RESPONDENTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED, this 14th day of February, 2017.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE